```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-00360-RNO
Florence Helen Marie Wallace                                        Chapter 7
            Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5           User: admin                  Page 1 of 2                  Date Rcvd: May 28, 2018
                               Form ID: 318                 Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
db            Florence Helen Marie Wallace,    116 Pinecrest Ave,    Dallas, PA 18612-1623
5017077      +Alpha Recovery Corp.,    6912 S Quentin St Unit 10,    Centennial, CO 80112-4531
5017078       Apothaker Scian PC,    520 Fellowship Rd Ste C306,    Mount Laurel, NJ 08054-3410
5017084       Citibank N.A.,    Midland Funding LLC c/o Pressler and Pre,    7 Entin Rd,
               Parsippany, NJ 07054-5020
5017091       Dr Leonards/carol Wrig,    1112 7th Ave,    Monroe, WI 53566-1364
5017092       Dsrm Nt Bk,    PO Box 631,    Amarillo, TX 79105-0631
5017094      +Fingerhut Direct Mrkting,    c/o Alpha Recovery Corp.,    6912 S Quentin St Unit 10,
               Centennial, CO 80112-4531
5017100       Law Offices of Hayt, Hayt & Landau, LLC,    123 S Broad St Ste 1660,
               Philadelphia, PA 19109-1003
5017076       Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA 18701-1708
5017102       Mid America Bk/Total C,    5109 S Broadband Ln,    Sioux Falls, SD 57108-2208
5017105       Monarch Recovery Management, Inc.,    PO Box 986,    Bensalem, PA 19020-0986
5017110       Pressler and Pressler LLP,    7 Entin Rd,    Parsippany, NJ 07054-5020
5017116       Synchrony Bank,    500 Summit Lake Dr Ste 400,    Valhalla, NY 10595-1340
5017075       Wallace Florence Helen Marie,    116 Pinecrest Ave,    Dallas, PA 18612-1623

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5017079       EDI: TSYS2.COM May 28 2018 22:33:00      Barclays Bank Delaware,    PO Box 8803,
               Wilmington, DE 19899-8803
5017080       EDI: CAPITALONE.COM May 28 2018 22:33:00      Capital One,    15000 Capital One Dr,
               Richmond, VA 23238-1119
5017081       E-mail/Text: bankruptcy@cavps.com May 28 2018 18:32:20      Cavalry Portfolio Serv,
               PO Box 27288,    Tempe, AZ 85285-7288
5017082       EDI: WFNNB.COM May 28 2018 22:33:00      Cb/Westgate,    PO Box 182789,
               Columbus, OH 43218-2789
5017083       EDI: CHASE.COM May 28 2018 22:33:00      Chase Card,    PO Box 15298,
               Wilmington, DE 19850-5298
5017085       EDI: WFNNB.COM May 28 2018 22:33:00      Comenitybank/Westgate,    PO Box 182789,
               Columbus, OH 43218-2789
5017086       EDI: WFNNB.COM May 28 2018 22:33:00      Comenitycb/blair,    PO Box 182120,
               Columbus, OH 43218-2120
5017087       EDI: WFNNB.COM May 28 2018 22:33:00      Comenitycb/davidsbride,    PO Box 182120,
               Columbus, OH 43218-2120
5017088       EDI: WFNNB.COM May 28 2018 22:33:00      Comenitycb/hsn,    PO Box 182120,
               Columbus, OH 43218-2120
5017089      +EDI: CRFRSTNA.COM May 28 2018 22:33:00      Credit First N A,    6275 Eastland Rd,
               Brook Park, OH 44142-1399
5017090       EDI: RCSFNBMARIN.COM May 28 2018 22:33:00      Credit One Bank NA,    PO Box 98875,
               Las Vegas, NV 89193-8875
5017093       EDI: CITICORP.COM May 28 2018 22:33:00      Exxmblciti,    PO Box 6497,
               Sioux Falls, SD 57117-6497
5017095       EDI: AMINFOFP.COM May 28 2018 22:33:00      First Premier Bank,    3820 N Louise Ave,
               Sioux Falls, SD 57107-0145
5017096       EDI: AMINFOFP.COM May 28 2018 22:33:00      Fst Premier,    601 S Minnesota Ave,
               Sioux Falls, SD 57104-4824
5017097       EDI: PHINGENESIS May 28 2018 22:33:00      Genesis Bc/Celtic Bank,    268 S State St Ste 300,
               Salt Lake City, UT 84111-5314
5017098       EDI: CBS7AVE May 28 2018 22:33:00      Ginny’s Inc,    1112 7th Ave,    Monroe, WI 53566-1364
5017099       EDI: JEFFERSONCAP.COM May 28 2018 22:33:00      Jefferson Capital Syst,    16 McLeland Rd,
               Saint Cloud, MN 56303-2198
5017101       E-mail/Text: bknotices@mbandw.com May 28 2018 18:32:21      McCarthy Burgess & Wolfe,
               The MB&W Building,    26000 Cannon Rd,    Cleveland, OH 44146-1807
5017103       EDI: PHINGENESIS May 28 2018 22:33:00      Midamerica/milestone/g,    PO Box 4499,
               Beaverton, OR 97076-4499
5017104       EDI: MID8.COM May 28 2018 22:33:00      Midland Funding,    2365 Northside Dr Ste 30,
               San Diego, CA 92108-2709
5017106       EDI: CBS7AVE May 28 2018 22:33:00      Monroe and Main,    1112 7th Ave,    Monroe, WI 53566-1364
5017107       EDI: CBS7AVE May 28 2018 22:33:00      Montgomery Ward,    1112 7th Ave,    Monroe, WI 53566-1364
5017108       E-mail/Text: bankruptcy@nbtbank.com May 28 2018 18:32:22      Nbt Bank NA,    20 Mohawk St,
               Canajoharie, NY 13317-1144
5018557      +EDI: PRA.COM May 28 2018 22:33:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
5017109       EDI: PRA.COM May 28 2018 22:33:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,
               Norfolk, VA 23502-4952
5017111       EDI: RMCB.COM May 28 2018 22:33:00      RMCB,    PO Box 1235,    Elmsford, NY 10523-0935
5017112       EDI: CBS7AVE May 28 2018 22:33:00      Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
5017114       EDI: RMSC.COM May 28 2018 22:33:00      Syncb/Old Navy,    PO Box 965005,
               Orlando, FL 32896-5005
5017113       EDI: RMSC.COM May 28 2018 22:33:00      Syncb/citgo,    4125 Windward Plz,
               Alpharetta, GA 30005-8738
5017115       EDI: PRA.COM May 28 2018 22:33:00      Synchrony Bank,    c/o Portfolio Recovery Associates,
               PO Box 12914,    Norfolk, VA 23541-0914
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5017117        EDI: CBS7AVE May 28 2018 22:33:00      Through the Country Do,    1112 7th Ave,
               Monroe, WI  53566-1364
5017118        E-mail/Text: tidewaterlegalebn@twcs.com May 28 2018 18:32:17      Tidewater Credit Servi,
               6520 Indian River Rd,    Virginia Beach, VA  23464-3439
5017119        EDI: TFSR.COM May 28 2018 22:33:00      Toyota Motor Credit Co,   PO Box 9786,
               Cedar Rapids, IA  52409-0004
                                                                                                TOTAL: 33

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2018 at the address(es) listed below:
```
          James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          Jason Paul Provinzano   on behalf of Debtor 1 Florence Helen Marie Wallace MyLawyer@JPPLaw.com,
           G17727@notify.cincompass.com
          Robert P. Sheils, Jr (Trustee)   rsheils@sheilslaw.com,
           rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                 TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Florence Helen Marie Wallace** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–0599** <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ <br> EIN  __–_____ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:18–bk–00360–RNO** | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Florence Helen Marie Wallace
aka Florence M. Wallace, aka Florence Marie Wallace, aka Florence Wallace

**By the court:**

*[signature: Robt N. Opel II]*

May 28, 2018

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**